■ DERRICK GRAHAM, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 102124.) [744 NYS2d 918] —Appeal from an order of the Court of Claims (Collins, J.), entered April 2, 2001, which granted defendant's motion for summary judgment dismissing the claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Court of Claims, Collins, J. Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM L. OTTO, Appellant. (Appeal No. 1.) [744 NYS2d 919] —Appeal from a judgment of Allegany County Court (Euken, J.), entered June 1, 2001, convicting defendant upon his plea of guilty of attempted rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.